UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CHARLES GRAHAM, No. 22097-041,<br><br>    Petitioner,<br><br>    v.<br><br>T. LILLARD, Warden,<br><br>    Respondent. | Case No. 25-cv-1128-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner William Charles Graham's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: July 14, 2025**     MONICA A. STUMP, Clerk of Court

                                                                  s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**